# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL** *(stamp)*
2017 NOV 16 A 11: 56
10449023 NCIS

EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION
**SEALED** *(stamp)*

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:17cr117 |
| SALEEM OMARIE FORBES | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Saleem Omarie Forbes,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.18 USC 2423(b), Travel with Intent to Engage in Illicit Sexual Contact (Count One et al)

**SEALED** *(stamp)*

Date: 11/16/2017

*[signature]*
*Issuing officer's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 11-16-17, and the person was arrested on *(date)* 11-17-17 |
| at *(city and state)* NORFOLK, VA. |

Date: 11-17-17

*[signature]*
*Arresting officer's signature*

FOSTER CURTISS, SPECIAL AGENT
*Printed name and title*